MINTON, Appellant, vs. BECK and others, Respondents.

For the appellant: *Wilbershide & Baumblatt* of Racine.

For the respondent Thorwald M. Beck: *Vilas H. Whaley* of Racine.

For the respondent George A. Nelson: *Thompson, Myers & Helm* of Racine.

For the respondent Roy A. Spencer: *Foley & Brach* of Racine.

*By the Court.*—Judgment affirmed.